UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOSEPH WOJTOWICZ,

    Plaintiff,

v.                                             Case No:   2:16-cv-570-FtM-99MRM

HILTON GRAND VACATIONS
MANAGEMENT, LLC,

    Defendant.
_____/

**ORDER**[1]

This matter comes before the Court on review of the Case Management Report filed by the Parties wherein the Parties elected to proceed before a Magistrate Judge. The Parties are advised that to make their election official, all parties must execute the Notice, Consent, and Reference of a Civil Action to A Magistrate Judge form that exists on the website for the United States District Court for the Middle District of Florida.[2] Once executed, this form must be filed electronically through CM/ECF.

Accordingly, it is now

**ORDERED:**

If they elect to do so, the parties must execute and file the Notice, Consent, and Reference of Civil Action to a Magistrate Judge.

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.
[2] The form can be found at http://www.flmd.uscourts.gov/forms/Civil/AO_085-0109-MagConsentForm.pdf.

**DONE** and **ORDERED** in Fort Myers, Florida this 31st day of August, 2016.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record